COMMONWEALTH of Pennsylvania,
Respondent

v.

Anthony D. BAKER, Petitioner

No. 492 EAL 2016

Supreme Court of Pennsylvania.

March 31, 2017

## ORDER

PER CURIAM

AND NOW, this 31st day of March, 2017, the Petition for Allowance of Appeal is **DENIED.**